Page 1 of 5

# FEDERAL DISTRICT COURT

FILED
RICHARD W NAGEL
CLERK OF COURT

2024 APR -5 PM 3:48

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Christopher Foster,
        Plaintiff,
2240 Hubbard Road
Youngstown, Ohio 44505

Case No.

-VS-

## 2:24 CV 1 5 9 8

JUDGE WATSON

Ohio
4545 Fisher Road
Columbus, Ohio 43228

MAGISTRATE JUDGE BOWMAN

Core Civic
2240 Hubbard Road
Youngstown, Ohio 44505, etal,
                Defendants.

## [EMERGENCY CONTRACT BREACH COMPLAINT BY INMATE PRO'SE]

(I). COMPLAINT (28 CFR 35.172(d):
    The Plaintiff is in a cell he was given to accommodate his needs, under 28 CFR 35.137(c)(1), and 42 USCS 12201(h), because it is the only place in the facility that can accommodate his needs. See, 28 CFR 35.164.

Page
20 of 5

The Medical administrator with Ms. Austin and others of this Ohio area, contract, make it a point, to harass any time they get, simply to charge Foster on basis of his accommodation. See, 28 CFR 35.152(a).

Today at 4:30pm - 4:40pm, the Medical personnel made a threat to end his accommodation cell, even though without it he is subject to have to kill or be killed by another inmate if he has a cell mate that refuses to accept his bottom bunk restriction. This is imminent danger lasting over the entire time Foster has been here, but erupting into threats of removing Foster by physical use of force, on the basis that ADA, under 42 US C§ 20000-7, does [not] apply to them, but, it in fact is the whole of their contract. Plaintiff has had this specific accommodation, since 2012.

Page
3 of 5

There only reason for seeking to ignore Foster's (Exhibit ONE) accommodation and medical records, is a policy having nothing to do with 28CFR35.139, in which the policy was created a few days after they were ordered by the Sixth Circuit to respond to a habeas corpus matter they often impede, so that they have caused Foster to lose it in the past. The habeas mail like all legal mail is opened outside of Fosters presence so they can retaliate or coerce him out of it using methods like this and, they have not accepted my complaints about this very type of policy.

I am in this matter as the Plaintiff concerning the immediate likely chance of this threat of these defendants failing to protect even though my exhaustion is complete. See, Brown V. Meisner, 815 4Th 706,708.

Page 4 of 5

The Plaintiff is already in a state of untreated chronic pain on top of this additional threat, under 42 USC § 12201 (a), thus, this suit goes to contract issues made available to Article III. See, Barnes V. Gorman, 122 S. Ct. 2097, 2100.

(II) Relief

The Plaintiff seeks a jury trial on this defendant about $1,000,000 million dollars compensation, as a public entity arrangement issue of imminent danger continuing, at 28 CFR 35.152(b)(3); also without a jury this Court is sought to provide a TRO, preliminary injunction, and a permanent injunction (without prior notice TRO) to end this failure of defendants to follow their own rules, so that it is corrected before more harm is done, also preventing future harm. See, 122 S. Ct. 2097, 2102.

Page 5 of 5

The Plaintiff is in a mixed housing unit with non medical and medical inmates, while more than 10 cells are empty besides his, yet, after they open his legal mail the rule is changed, infirmary is painted on the cell he is in, and they threaten him with bodily harm unless he abandones his accommodations that are the only barrier between him and other harm, that is why they also must be enjoined from opening legal mail, in the TRO, injunction in less than a week from today, or things will be worse.

I declare, under 28 USCS 1746(2) that this imminent danger facts are true and correct even though I earned 3 strikes a decade ago.
April First 2024          Christopher Foster
Executed on                  Name



(Exhibit)
ONE

## Problems Lists

**Medical Diagnosis**

| Start Date | Resolved Date | Diagnosis | Comments | Facility | Provider |
|---|---|---|---|---|---|
| 6/1/12 | | LLE paralysis Muscle pain | H/o LLE (GSW) There was no data returned | CRC | MED |
| 6/26/12 | | ↑ Stenosis | | | |

**Mental Health Diagnosis** ∅

| Diagnosis Date | Axis Code | Diagnosis | Provider |
|---|---|---|---|

There was no data returned

## Chronic Care Enrollments ∅

| Protocol | Start Date | End Date | |
|---|---|---|---|

There was no data returned

## Allergies  PCN

| Description | Code | Source |
|---|---|---|
| NO KNOWN DRUG ALLERGY  PCN | 10 | ODMH |

## Medications

| | | Medications | | | | | KOP Meds | | Nurse Administered Meds | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date | Drug Name | Drug Strength | Drug Dosage | SIG | | Last Fill | Sending Inst. | Receiving Inst. Meds Present | Sending Inst. Quantity | Receiving Inst. Verified Quantity | Receiving Inst. Meds Ordered |
| | Tegretol / Neurontin | | | | | | po BID + q HS | | | 51 ✗ | |

| SENDING Nurse's Signature: Ø Baukes RN | Date: NOV 0 1 2012 |
|---|---|
| RECEIVING Nurse's Signature: m glmer RN | Date: 11/1/12 |

## Diet Orders  Regular

| Start Date | Expires | Diet | Frequency | Assessment Date | Reason | Diet Tech |
|---|---|---|---|---|---|---|

There was no data returned