The Federal District Court

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 AUG -1 AM 9: 54
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV COLUMBUS

Christopher Foster | Case No. 2:24-cv-1598
Plaintiff, |

VS |  Judge, Watson
|
Ohio, et al., | Magistrate Judge,
Defendants. | Bowman

[ OBJECTION TO (DOC#3) R&R ]

I Object to the Two part recommendation reported (PageID#19), and due to the circumstances of imminent danger causing me to be physically ill in relation to issues of no accommodation of any responsible employee in the first place, under 45 CFR 84.7 (9), and 42 USCS 2000d. I ask for an short time extension of a day on or before August 28th 2024, to file a Memorandum of Objections. See, Brown V. Meisner, 81 F.4th 706, 708.

Respectful Submittance,
Christopher Foster
Christopher Foster
2240 Hubbard Road
Youngstown, Ohio 44505