Page 1 of 3

# THE FEDERAL DISTRICT COURT

Christopher Foster,    Case No. 2:24-cv-1598

Plaintiff,

Vs       Judge, Watson

Ohio, et al.,

Defendants.    Magistrate Judge,
Bowman

## [MEMORANDUM OF OBJECTION]

Now comes, the Plaintiff, myself Christopher Foster, with the terms of my OBJECTION to (Doc#3) the R&R, while I am in an extensive state of actual danger on the basis of Rehabilitation Act violations of a written Contract. I ask that this Court make it clear that I did not intend to file a new case so that it is [not a voluntary dismissal] but a filing the result of a situational blip.

As far as the Summons and U.S. Marshal forms (Doc.#1), I ask they be transferred to the proper case to which they were intended, as the Court does not transfer the Complaint. Unlike the forms, the Complaint can go.

Page 2 of 3

There has been enough Complaints, the system is broken so that I am having to convince a Court to simply uphold the Spending Clause and Article III. The Complaint was filed due to a feeling like I was Coerced to ask for money damages just to be heard. I am not looking for wealth, repore, or some other response, etc., benefit; justice is my only goal.

Conclusion: I ask respectfully for the Case to be transferred to Case N. 2:22-cv-2153, concerning the summons and Marshal forms filed (Doc.#1) while the rest be left for that Court to decide, because that case, is the intended case for the entirety of all matters of this case, not [dismissal] also not a new case; the filing fee in the other case has already been paid. See, 28 USCS 2041.

Respectful Submittance.

Page
3 of 3

Christophe Foster
Christopher Foster
(A# 666 5579)
2240 Hubbard Road
Youngstown, Ohio