UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Christopher Foster,

    Plaintiff,

    v.

Ohio, *et al.*,

    Defendants.

Case No. 2:24-cv-1598

Judge Michael H. Watson

Magistrate Judge Bowman

## OPINION AND ORDER

This case was closed in August 2024 when Plaintiff indicated that the document filed as the Complaint in this case was supposed to have been docketed as an Amended Complaint in Case No. 2:22-cv-2153 and that this case should never have been initiated.  R&R, ECF No. 3; Op. and Order, ECF No. 6.

Plaintiff has now filed something called a "Changed Circumstances Motion."  Mot., ECF No. 8.  The motion complains about the status of his pending civil case, 2:22-cv-2153, and then complains about retaliation by prison staff that he discovered after this case was closed.

To the extent Plaintiff's motion is asking for relief or to amend his Complaint in Case No. 2:22-cv-2153, he should file it in that case, and it is improperly filed here.  To the extent Plaintiff's motion asks to reopen this case, it is **DENIED** as it contains no basis to do so.  Plaintiff is, of course, free to file a new lawsuit for injuries not at issue in Case No. 2:22-cv-2153, but he should do

so in a new case, which will be randomly drawn from the pool of judges in the normal course.

In any event, Plaintiff should not file additional documents in this case, which was improvidently opened in the first place.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**