# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Christopher Foster,

      Plaintiff,

      v.

Ohio, *et al.*,

      Defendants.

Case No. 2:24-cv-1598

Judge Michael H. Watson

Magistrate Judge Bowman

## OPINION AND ORDER

Plaintiff's motion to alter or amend judgment under Federal Rule of Civil Procedure 59, ECF No. 11, and his motion for systemic fraud basis, ECF No. 10, are **DENIED**.  The only additional filing permissible in this case would be a proper notice of appeal.  Plaintiff is therefore **DIRECTED** to cease filing in this docket, except, if he wishes, to file a proper notice of appeal.

The Clerk shall terminate ECF Nos. 10 and 11.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**